UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

SEAN P. JACKSON,

    Plaintiff,

v.                                CASE NO. 3:16-cv-481-J-20MCR

HOVG LLC d/b/a Bay Area Credit
Service,

    Defendant.
_____/

## ORDER

THIS CAUSE is before this Court on the Magistrate Judge's Report and Recommendation (Dkt. 4), addressing Plaintiff's "Application to Proceed in District Court Without Prepaying Fees or Costs" (Dkt. 2). The Magistrate Judge recommended that the Application be denied and that Plaintiff be given sixty (60) says from the date of an Order on the Report and Recommendation to pay the filing fee or have this case dismissed.

No objections were filed to the Report and Recommendation. After an independent review of the record and upon consideration of the Report and Recommendation, this Court adopts the same in all respects.

Accordingly, it is **ORDERED**:

1. The Magistrate Judge's Report and Recommendation (Dkt. 4) is adopted; and

2. Plaintiff's "Application to Proceed in District Court Without Prepaying Fees or Costs" (Dkt. 2) is **DENIED** and Plaintiff is ordered to pay the filing fee within sixty (60) days of the date of this Order and Plaintiff's failure to pay the filing fee in a timely manner will result in the

immediate dismissal of this action without prejudice.

**DONE AND ORDERED** at Jacksonville, Florida, this 25 day of May, 2016.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Hon. Monte C. Richardson
Sean P. Jackson, *Pro Se*
    4317 Springfield Blvd,
    Jacksonville, FL 32206